# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | |
|---|---|
| In re: AUSTIN, CYNTHIA A. | §  Case No. 13-82846 |
| AUSTIN, DONALD C. | § |
| | § |
| Debtor(s) | § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that <u>STEPHEN G. BALSLEY</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

U.S. Courthouse
327 South Church Street
Room 1100
Rockford, IL  61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30AM on 03/31/2014 in Courtroom 3100, United States Courthouse,
U.S. Courthouse
327 South Church Street
Courtroom 3100
Rockford, IL  61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date:  / /   By:   /s/ STEPHEN G. BALSLEY
Trustee, Bar No.: 1048412

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611
sbalsley@bslbv.com

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: AUSTIN, CYNTHIA A. | § | Case No. 13-82846 |
| AUSTIN, DONALD C. | § | |
| | § | |
| Debtor(s) | § | |

# SUMMARY OF TRUSTEE'S FINAL REPORT
# AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 25,000.00 |
| *and approved disbursements of* | $ 16.78 |
| *leaving a balance on hand of* [1] | $ 24,983.22 |
| **Balance on hand:** | $ 24,983.22 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | American Honda Finance Corporation | 17,748.71 | 0.00 | 0.00 | 0.00 |
| 2 | American Honda Finance Corporation | 1,884.10 | 0.00 | 0.00 | 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 24,983.22 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - STEPHEN G. BALSLEY | 2,530.71 | 0.00 | 2,530.71 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera | 1,970.00 | 0.00 | 1,970.00 |
| Charges, U.S. Bankruptcy Court | 293.00 | 0.00 | 293.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 4,793.71 |
| Remaining balance: | $ 20,189.51 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 20,189.51 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 20,189.51 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 12,986.53 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | Fed Loan Serv | 8,746.49 | 0.00 | 8,746.49 |
| 4 | eCAST Settlement Corporation, assignee | 4,240.04 | 0.00 | 4,240.04 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 12,986.53 |
| Remaining balance: | $ | 7,202.98 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | |
|---|---|
| Total to be paid for tardy general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 7,202.98 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 7,202.98 |

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.1% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $10.04. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $7,192.94.

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/STEPHEN G. BALSLEY
Trustee, Bar No.: 1048412

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611
sbalsley@bslbv.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

```
In re:                                                           Case No. 13-82846-TML
Cynthia A. Austin                                                Chapter 7
Donald C. Austin
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0752-3         User: kkrystave          Page 1 of 2          Date Rcvd: Mar 03, 2014
                             Form ID: pdf006          Total Noticed: 20
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 05, 2014.
```
db         +Cynthia A. Austin,    150 E. Mckinley Ave.,    Hinckley, IL 60520-9326
jdb        +Donald C. Austin,    551 prarie view lane,    Hinckley, IL 60520-9331
20876939   +Aurora radiology consultants,    520 east 22nd street,    Lombard, IL 60148-6110
20876940   +Chase,   P.o. Box 15298,    Wilmington, DE 19850-5298
20876942   +Countryside Care,    2330 West Galena Blvd,   Aurora, IL 60506-4299
20876943   +Fed Loan Serv,    Po Box 69184,   Harrisburg, PA 17106-9184
20876946   +Fifth Third Bank,    Fifth Third Bank,    1830 East Paris Ave.,    Grand Rapids, MI 49546-8803
20876945   +Fifth Third Bank,    Fifth Third Bank Bankruptcy,    1830 E Paris Ave Se,
             Grand Rapids, MI 49546-8803
20876947   +Fifth Third Bank,    Fifth Third Bank Bankruptcy Department,,   1830 East Paris Ave. Se,
             Grand Rapids, MI 49546-6253
20876950  #+Pathology Assc of Aurora,    5620 Southwyck Blvd,    Toledo, OH 43614-1501
20876951   +Ridge Ambulance,    1851 Aucutt Rd,   Montgomery, IL 60538-1242
20876952   +Rush Copley/pt financial services,    po box 129,    Lombard, IL 60148-0129
20876953   +Ryan Austin,    150 East McKinley,    Hinckley, IL 60520-9326
20876954   +Valley Imaging Consultants,    po box 371863,    Pittsburgh, PA 15250-7863
21514988    eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
             New York, NY 10087-9262
20876949   +nicor,    po box 5407,   Carol Stream, IL 60197-5407
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
20876937    E-mail/Text: ebnbankruptcy@ahm.honda.com Mar 04 2014 01:45:36     American Honda Finance,
             Po Box 168088,   Irving, TX 75016
21253104    E-mail/Text: ebnbankruptcy@ahm.honda.com Mar 04 2014 01:45:36
             American Honda Finance Corporation,    National Bankruptcy Center,   P.O. Box 168088,
             Irving, TX 75016-8088
20876941   +E-mail/Text: legalcollections@comed.com Mar 04 2014 01:46:52     Com Ed,   po box 6111,
             Carol Stream, IL 60197-6111
20876948   +E-mail/PDF: gecsedi@recoverycorp.com Mar 04 2014 01:49:50     GECRB/Howards,   Attn: Bankruptcy,
             Po Box 103104,   Roswell, GA 30076-9104
                                                                                              TOTAL: 4
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20876938*   ++AMERICAN HONDA FINANCE,   P O BOX 168088,    IRVING TX 75016-8088
             (address filed with court:  American Honda Finance,    Po Box 168088,   Irving, TX 75016)
20876944*   +Fed Loan Serv,   Po Box 69184,   Harrisburg, PA 17106-9184
                                                                                TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2014                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 28, 2014 at the address(es) listed below:
```
          Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
          Ronald E. Lang    on behalf of Debtor Cynthia A. Austin ronaldelang@msn.com
          Ronald E. Lang    on behalf of Joint Debtor Donald C. Austin ronaldelang@msn.com
          Stephen G Balsley    on behalf of Plaintiff Stephen G Balsley sbalsley@bslbv.com
          Stephen G Balsley    on behalf of Trustee Stephen G Balsley sbalsley@bslbv.com,   IL47@ecfcbis.com
          Stephen G Balsley    sbalsley@bslbv.com,   IL47@ecfcbis.com
```

```
District/off: 0752-3          User: kkrystave            Page 2 of 2            Date Rcvd: Mar 03, 2014
                              Form ID: pdf006            Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
                                                                                          TOTAL: 6