**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: AUSTIN, CYNTHIA A. § | Case No. 13-82846 |
| AUSTIN, DONALD C. § | |
| § | |
| Debtor(s) § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

   STEPHEN G. BALSLEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:  $243,800.00                    Assets Exempt:  $140,800.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $12,996.57       Claims Discharged
                                                  Without Payment: $6,001.00

Total Expenses of Administration: $4,810.49

---

   3) Total gross receipts of $     25,000.00    (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     7,192.94  (see **Exhibit 2**), yielded net receipts of $17,807.06 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $153,405.00 | $19,632.81 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 4,810.49 | 4,810.49 | 4,810.49 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 16,586.00 | 12,996.57 | 12,996.57 | 12,996.57 |
| **TOTAL DISBURSEMENTS** | $169,991.00 | $37,439.87 | $17,807.06 | $17,807.06 |

    4) This case was originally filed under Chapter 7 on August 15, 2013. The case was pending for 11 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/20/2014           By: /s/STEPHEN G. BALSLEY
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Fund held by Midland National Life Ins. Co. | 1229-000 | 25,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$25,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| AUSTIN, CYNTHIA A. | Dividend paid 100.00% on $7,192.94; Claim# SURPLUS; Filed: $7,192.94; Reference: 8200-002 | | 7,192.94 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$7,192.94** |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American Honda Finance Corporation | 4110-000 | 18,022.00 | 17,748.71 | 0.00 | 0.00 |
| 2 | American Honda Finance Corporation | 4110-000 | 3,466.00 | 1,884.10 | 0.00 | 0.00 |
| NOTFILED | Fifth Third Bank Fifth Third Bank Bankruptcy | 4110-000 | 81,956.00 | N/A | N/A | 0.00 |
| NOTFILED | Fifth Third Bank Fifth Third Bank | 4110-000 | 49,961.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$153,405.00** | **$19,632.81** | **$0.00** | **$0.00** |

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEPHEN G. BALSLEY | 2100-000 | N/A | 2,530.71 | 2,530.71 | 2,530.71 |
| U.S. BANKRUPTCY COURT | 2700-000 | N/A | 293.00 | 293.00 | 293.00 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3110-000 | N/A | 1,970.00 | 1,970.00 | 1,970.00 |
| Rabobank, N.A. | 2600-000 | N/A | 16.78 | 16.78 | 16.78 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $4,810.49 | $4,810.49 | $4,810.49 |

## EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Fed Loan Serv | 7100-000 | 6,405.00 | 8,746.49 | 8,746.49 | 8,746.49 |
| 3I | Fed Loan Serv | 7990-000 | N/A | 6.76 | 6.76 | 6.76 |
| 4 | eCAST Settlement Corporation, assignee | 7100-000 | 4,180.00 | 4,240.04 | 4,240.04 | 4,240.04 |
| 4I | eCAST Settlement Corporation, assignee | 7990-000 | N/A | 3.28 | 3.28 | 3.28 |
| NOTFILED | GECRB/Howards | 7100-000 | unknown | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | nicor | 7100-000 | 145.00 | N/A | N/A | 0.00 |
| NOTFILED | Pathology Assc of Aurora | 7100-000 | 584.00 | N/A | N/A | 0.00 |
| NOTFILED | Valley Imaging Consultants | 7100-000 | 612.00 | N/A | N/A | 0.00 |
| NOTFILED | Ridge Ambulance | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Rush Copley/pt financial services | 7100-000 | 882.00 | N/A | N/A | 0.00 |
| NOTFILED | Fifth Third Bank Fifth Third Bank Bankruptcy | 7100-000 | 904.00 | N/A | N/A | 0.00 |
| NOTFILED | Com Ed | 7100-000 | 75.00 | N/A | N/A | 0.00 |
| NOTFILED | Fed Loan Serv | 7100-000 | 2,228.00 | N/A | N/A | 0.00 |
| NOTFILED | Countryside Care | 7100-000 | 525.00 | N/A | N/A | 0.00 |
| NOTFILED | Aurora radiology consultants | 7100-000 | 46.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $16,586.00 | $12,996.57 | $12,996.57 | $12,996.57 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 13-82846  
**Case Name:** AUSTIN, CYNTHIA A.  
AUSTIN, DONALD C.  
**Period Ending:** 06/20/14

**Trustee:** (330410) STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 08/15/13 (f)  
**§341(a) Meeting Date:** 09/19/13  
**Claims Bar Date:** 02/18/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 248 North May Street Hinckley | 100,000.00 | 0.00 | | 0.00 | FA |
| 2 | 2000 Cynthia's cash | 2,000.00 | 0.00 | | 0.00 | FA |
| 3 | 2000 Don's cash | 2,000.00 | 0.00 | | 0.00 | FA |
| 4 | Don $100 Cynthia $200 | 300.00 | 0.00 | | 0.00 | FA |
| 5 | all furnishing, appliances, electronics | 2,000.00 | 0.00 | | 0.00 | FA |
| 6 | 401k cynthia $60,000.00 IRA Don $39,774.00 Value changed per Amended Schedule B filed 11/12/13. | 128,000.00 | 0.00 | | 0.00 | FA |
| 7 | 2009 Honda fit | 8,000.00 | 0.00 | | 0.00 | FA |
| 8 | 1999 buick Park Ave | 1,500.00 | 0.00 | | 0.00 | FA |
| 9 | Co signer on son's car | Unknown | 0.00 | | 0.00 | FA |
| 10 | Fund held by Midland National Life Ins. Co. (u) See Amended Schedule B filed 11/12/13. | 35,320.72 | 25,000.00 | | 25,000.00 | FA |
| 10 | **Assets Totals** (Excluding unknown values) | **$279,120.72** | **$25,000.00** | | **$25,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** February 21, 2014     **Current Projected Date Of Final Report (TFR):** February 21, 2014 (Actual)

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 13-82846  
**Case Name:** AUSTIN, CYNTHIA A.  
AUSTIN, DONALD C.  
**Taxpayer ID #:** **-***3097  
**Period Ending:** 06/20/14  

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******1766 - Checking Account  
**Blanket Bond:** $598,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/16/14 | {10} | Midland National Life Insurance Company | Bankruptcy Estate's Interest in Funds | 1229-000 | 25,000.00 | | 25,000.00 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.78 | 24,983.22 |
| 03/31/14 | 101 | U.S. BANKRUPTCY COURT | Dividend paid 100.00% on $293.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference: | 2700-000 | | 293.00 | 24,690.22 |
| 03/31/14 | 102 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $1,970.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 1,970.00 | 22,720.22 |
| 03/31/14 | 103 | STEPHEN G. BALSLEY | Dividend paid 100.00% on $2,530.71, Trustee Compensation;  Reference: | 2100-000 | | 2,530.71 | 20,189.51 |
| 03/31/14 | 104 | Fed Loan Serv | Dividend paid 100.00% on $8,746.49; Claim# 3; Filed: $8,746.49; Reference: | 7100-000 | | 8,746.49 | 11,443.02 |
| 03/31/14 | 105 | eCAST Settlement Corporation, assignee | Dividend paid 100.00% on $4,240.04; Claim# 4; Filed: $4,240.04; Reference: | 7100-000 | | 4,240.04 | 7,202.98 |
| 03/31/14 | 106 | Fed Loan Serv | Dividend paid 100.00% on $6.76; Claim# 3I; Filed: $6.76; Reference: | 7990-000 | | 6.76 | 7,196.22 |
| 03/31/14 | 107 | AUSTIN, CYNTHIA A. | Dividend paid 100.00% on $7,192.94; Claim# SURPLUS; Filed: $7,192.94; Reference: | 8200-002 | | 7,192.94 | 3.28 |
| 03/31/14 | 108 | U.S. Bankruptcy Court | COMBINED SMALL CHECK | 7990-000 | | 3.28 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 25,000.00 | 25,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 25,000.00 | 25,000.00 | |
| | | | Less: Payments to Debtors | | | 7,192.94 | |
| | | | **NET Receipts / Disbursements** | | **$25,000.00** | **$17,807.06** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******1766 | 25,000.00 | 17,807.06 | 0.00 |
| | $25,000.00 | $17,807.06 | $0.00 |

{} Asset reference(s)